ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

AKINTUNDE AKINOLA FATILE
A/K/A "JAMES ROSSI"

Criminal Indictment

No.  **1:25 - CR - 081**

THE GRAND JURY CHARGES THAT:

### COUNTS ONE THROUGH FOUR
Wire Fraud
(18 U.S.C. § 1343 and § 2)

1. Beginning on a date unknown to the grand jury, but from at least in or about November 2020, and continuing through at least in or about March 2021, in the Northern District of Georgia, and elsewhere, defendant AKINTUNDE AKINOLA FATILE, a/k/a "James Rossi," aided and abetted by others known and unknown to the grand jury, did knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property from victim P.S., by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, well knowing and having reason to know that said pretenses, representation, and promises were and would be false and fraudulent when made and caused to be made, and that said omissions were and would be material, and, in doing so, with the intent to defraud, caused interstate

wire communications to be made, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343 and Section 2.

## Background

At all times relevant to this Indictment:

2. A "romance scam" is a type of online fraud that occurs when an individual user of an internet dating website is targeted for fraud by an imposter posing as a potential paramour. The scammer creates a fake online dating profile that often depicts photographs of an attractive man or woman alongside descriptions of the fictitious persona. The scammer then uses this fake persona to express strong romantic interest in the targeted victim to trick him or her into sending money to the scammer under false pretenses. The scammer frequently targets vulnerable individuals who possess significant financial assets, such as retired widows or widowers. The scammer spends weeks and months cultivating romantic relationships with the targeted victims through online messaging, emails, text messaging, or voice calls, to gain their affection and trust. Once an online relationship is formed with the victim, the scammer tricks the victim into sending money through interstate wire transfers to bank accounts controlled by the scammers or mailing checks or cash to addresses associated with the scammers.

3. Match.com is an online dating website where people create profiles, message other users, and form relationships.

4. Defendant FATILE lived in and operated the romance scam in and around Frisco, Texas.

2

5. Victim P.S. lived and worked in Atlanta, Georgia.

### Scheme and Artifice to Defraud

6. It was part of the scheme to defraud that, from in or about November 2020 continuing through at least in or about March 2021, defendant FATILE used a fake dating profile on an online dating website, Match.com, to pose as a potential partner to victim P.S. and cultivate a supposed romantic relationship. The fake dating profile used by defendant FATILE included a fictitious name, "James Rossi," and photographs of an Asian male.

7. To further the scheme to defraud, defendant FATILE spent weeks cultivating a supposed romantic relationship with victim P.S. through emails, as well as text messaging and voice calls, before asking victim P.S. for money. Through these communications, defendant FATILE developed a supposed romantic relationship with victim P.S. and earned her trust to defraud victim P.S. out of money and property as part of a romance scam.

8. It was further part of the scheme to defraud that, after gaining victim P.S.'s trust and affection, and to lull victim P.S. into a false sense of security, defendant FATILE provided victim P.S. with elaborate false stories about his life, including that he was originally from Singapore and that he owned a health IT consulting company. In truth, defendant FATILE fabricated this fictitious life story.

9. In furtherance of the scheme to defraud, defendant FATILE told victim P.S. elaborate false stories about various business expenses and urgent medical

3

expenses to cause and attempt to cause victim P.S. to send money through interstate wires and electronic transfers to various bank accounts given to victim P.S. by defendant FATILE. These accounts were controlled by others known and unknown to the grand jury. Defendant FATILE directed victim P.S. to transfer money to various bank accounts over text message. In some instances, defendant FATILE would direct victim P.S. to email him confirmation of the transfer.

10. Based upon the fraudulent representations made by defendant FATILE, victim P.S., believing that she was loaning money to "James Rossi," agreed to deposit funds to into various bank accounts as instructed by defendant FATILE between December 2020 and March 2021.

### Execution of the Defendant's Scheme to Defraud

11. On or about each date set forth below, in the Northern District of Georgia and elsewhere, defendant FATILE, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions, with intent to defraud, did cause to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, pictures, and sounds, that is, the wire communication described below:

4

| COUNT | DATE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|---|
| 1 | 12/10/2020 | Wire transfer in the amount of $25,000 from victim P.S.'s PNC Bank account ending #8892 to WJH Dynamics Electrics' TD Bank account ending #0644. |
| 2 | 1/25/2021 | Text message from defendant FATILE to victim P.S. inducing and instructing her to deposit a cashier's check for $25,000 from victim P.S. into Systech Inc.'s Wells Fargo account ending #0220. |
| 3 | 2/08/2021 | Text message from defendant FATILE to victim P.S. inducing and instructing her to deposit a cashier's check for $35,000 from victim P.S. into Mb Star Enterprise Inc.'s Bank of America account ending #2551. |
| 4 | 3/09/2021 | Text message from defendant FATILE to victim P.S. inducing and instructing her to deposit a cashier's check for $36,500 from victim P.S. into Tepy Ban's Chase Bank account ending #9537. |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## Forfeiture Provision

12.  Upon conviction of one or more of the offenses alleged in Counts One
through Four of this Indictment, the defendant, AKINTUNDE AKINOLA FATILE,
a/k/a "James Rossi," shall forfeit to the United States of America, pursuant to Title
18, United States Code, Section 982(a)(2)(A), any property constituting, or derived
from, proceeds obtained directly or indirectly, as a result of said violations,
including, but not limited to, the following:

      a.  FUNDS:

            i.  $46,971.01 in funds seized from Wells Fargo Bank account
                ending 3913 held in the name of K-A Solutions, Corp.

           ii.  $25,000 in funds seized from Wells Fargo Bank account ending
                7097 held in the name of ITAD Technologies LLC

      b.  MONEY JUDGMENT: A sum of money in United States currency,
           representing the amount of proceeds obtained as a result of the
           offenses alleged in Counts One through Four of this Indictment.

13. If, any property subject to forfeiture, as a result of any act or omission of
the defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____True_____ BILL

_____Richel Wan_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*/s/ Bernita Malloy*
BERNITA MALLOY
*Assistant United States Attorney*
Georgia Bar No. 718905

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7